# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| CHARLENE RICHARD, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 2:16-cv-00265-JAW |
| | ) |
| | ) |
| REGIONAL SCHOOL UNIT 57 | ) |
| | ) |
| Defendant, | ) |

## J U D G M E N T

In accordance with the Order entered November 7, 2017, by the Honorable District Judge John A. Woodcock, Jr.,

JUDGMENT is hereby entered for the defendant, Regional School Unit 57, and against the plaintiff, Charlene Richard.

CHRISTA K. BERRY, CLERK

/s/ Carianne Sawyer
Deputy Clerk

Dated this 7th day of November, 2017.